# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH TIPLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEN CANEVARI and VIVINT HOME SECURITY,<br><br>　　　　Defendants. | Case No. 3:18-cv-01753-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: November 8, 2018

　　　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE,**
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　**BY:** _s/Tina Gray_
　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**